PINILISHALPERN, LLP
160 Morris Street
Morristown, New Jersey 07960
Tel. (973) 401-1111
Fax (973) 401-1114
Counsel for Defendants
File No. 11228

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BANK OF AMERICA, N.A.,   Civil Action No. 09-6271 (JAP)

Plaintiff,

vs.

BANK BUILDING ASSOCIATES, L.P.,
BERGEN & BORNSTEIN, P.A., LAWRENCE
S. BERGER, and ROBERT A. BORNSTEIN,
individually, ABC COMPANIES 1-10, JOHN
DOES 1-10 and JANE DOES 1-10,

Defendants.

DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR FAILURE TO STATE A CLAIM

PLEASE TAKE NOTICE that on Monday, February 1, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants in the above matter will move this Court for an Order dismissing Plaintiff's Complaint.

In support of the within application, Defendants will rely on the accompanying Memorandum of Law, and Declaration of William J. Pinilis.

By: _____
William J. Pinilis

Date: December 29, 2009

## CERTIFICATION OF SERVICE

I hereby certify that simultaneous with the filing of the within Motion and supporting documents, I have caused to have copies of same served electronically upon opposing counsel:

Gregg S. Sodini, Esq.
Michael Collins, Esq.
SODINI & SPINA
500 Harding Road
Freehold, NJ 07728
Counsel for Plaintiff

By: _____
William J. Pinilis

Date: December 29, 2009